STATE of Missouri, Plaintiff/Respondent,

v.

Tommy Lee JACKSON,
Defendant/Appellant.

No. 73976.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 23, 1999.

Gwenda R. Robinson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Shaun J. Mackelprang, Asst. Attys. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Tommy Lee Jackson (Defendant) appeals from a judgment of conviction by jury of one count of second-degree murder, Section 565.021, RSMo 1994, and one count of armed criminal action, Section 571.015, RSMo 1994. Defendant was sentenced to concurrent terms of twenty-five years and ten years, respectively.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Delmario THOMAS, Defendant/Appellant.

No. 74084.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 23, 1999.

Lance Eberhart, Jennifer S. Walsh, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Gregory L. Barnes, Asst. Attys. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL, J., and CHARLES B. BLACKMAR, Sr.J.

### ORDER

PER CURIAM.

The Defendant appeals his judgment of conviction for possession of a controlled substance in violation of Section 195.202, RSMo 1994. The Defendant was sentenced as a prior and persistent offender to four years' imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).